1
2
3
4
5
6                    UNITED STATES DISTRICT COURT

7                  NORTHERN DISTRICT OF CALIFORNIA

8

9   LEON M. SEYMOUR,                    No. C 03-1778 JSW (PR)

10              Petitioner,             **ORDER GRANTING**
                                        **PETITIONER'S REQUEST FOR**
11       v.                             **STATUS REPORT**

12   STEPHEN MAYBERG, Warden,

13              Respondent.
     _____/       (Docket no. 20)
14

15
16       Petitioner has filed a request for a report on the status of his pending habeas corpus

17   action.  The Clerk of the Court shall send to Petitioner a copy of the docket sheet for his

     action, which reflects the current status of proceedings.  The docket shows that all
18
     briefing has been completed in this matter and the petition is now submitted for review on
19
     the merits.  As long as Petitioner continues to keep the Court updated with his current
20
     address, which he has done diligently to this point, the Court will notify Petitioner as soon
21
     as any order is issued in this matter by sending him a copy of the order.  The Clerk of the
22
23   Court shall ensure that the docket reflects the most current address received from

24   Petitioner.

25       This order terminates docket number 20.

26       IT IS SO ORDERED.

27   DATED:  1/10/06

28                                        _____
                                          JEFFREY S. WHITE
                                          United States District Judge